DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES EVANS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1492

[January 5, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502014CF001788AMB.

Dane K. Chase of Chase Law Florida, P.A., Saint Petersburg, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jessica L. Underwood, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See State v. McKenzie*, 46 Fla. L. Weekly S271, 2021 WL 4314052, at *6 (Fla. Sept. 23, 2021) ("[A] circuit court has jurisdiction to impose a sexual predator designation on an offender who qualifies under section 775.21, when the sentencing court did not impose the designation at sentencing and the offender's sentence has been completed."); *Cuevas v. State*, 31 So. 3d 290, 291–92 (Fla. 3d DCA 2010) (determining that designation as a sexual predator may be ordered after a defendant has served his sentence and been released); *Sheppard v. State*, 907 So. 2d 1259, 1260 (Fla. 2d DCA 2005) ("This court has not declared that it would be a double jeopardy violation for the[] employment restrictions [of current section 775.21(10)(b), Florida Statutes] to be prospectively applied.").

MAY, GERBER and FORST, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*